Case 2:23-cv-00297    Document 16    Filed on 09/24/24 in TXSD    Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 24, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID MCKENZIE, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:23-CV-00297 |
| TIMOTHY SAWICKI, | § § § | |
| Defendant. | § | |

# FINAL JUDGMENT

Pursuant to the Parties' Joint Stipulation of Dismissal (D.E. 15), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on September 24, 2024.

*[signature]*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE